M. ALAN HOLCOMB (State Bar No. 311171)
**TURNBULL, HOLCOMB & LeMOINE, P.C.**
945 East Paces Ferry Road, NE, Suite 2275
Atlanta, GA 30326
Telephone:  (404) 793-2566
Facsimile:  (404) 348-4260
E-mail:     aholcomb@turnbullfirm.com
Attorneys for Plaintiffs

ELIZABETH A. SPERLING (State Bar No. 231474)
BROOKE H. BOLENDER (State Bar No. 340689)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Telephone:  (213) 576-1000
Facsimile:  (213) 576-1100
E-mail:     elizabeth.sperling@alston.com
            brooke.bolender@alston.com

SCOTT A. ELDER (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:  (404) 881-7000
Facsimile:  (404) 881-7777
E-mail:     scott.elder@alston.com

Attorneys for Defendants
**WALMART, INC. and MEREDITH OPERATIONS CORPORATION (erroneously identified as MEREDITH CORPORATION)**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY GIBSON; and ALEXIS GIBSON, individually and as surviving parents and as successors-in-interest to Decedent Wyatt G. Gibson,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC.; FLORA CLASSIQUE, INC.; MEREDITH CORPORATION; DOES 1 through 20; ROE Corporations 1 through 20; and DOE Employees 1 through 20, inclusive,<br><br>Defendants. | Case No. 5:22-cv-00238 JWH (KKx)<br><br>Assigned for all purposes to the Honorable John W. Holcomb<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed:  January 7, 2022<br>Second Amended Complaint Filed: October 7, 2022<br>Trial Date:  None Set |

1 **ORDER RE STIPULATED PROTECTIVE ORDER**

2   PURSUANT TO THE PARTIES' STIPULATION AND FOR GOOD
3 CAUSE SHOWN, IT IS SO ORDERED THAT THE STIPULATED
4 PROTECTIVE ORDER BE ENTERED.

5
6  Dated: January 20, 2023                        _____
                                                  Honorable Kenly Kiya Kato
7                                                 United States Magistrate Judge