JAMES J. YUKEVICH (SBN 159896)
  jyukevich@yukelaw.com
TODD A. CAVANAUGH (SBN 196098)
  tcavanaugh@yukelaw.com
DAVID V. MOORE (SBN 233613)
  dmoore@yukelaw.com
JONATHAN GOTTLIEB (SBN 339650)
  jgottlieb@yukelaw.com
YUKEVICH | CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, California 90071-1560
Telephone:  (213) 362-7777
Facsimile:  (213) 362-7788
Email:      eservice@yukelaw.com

Attorneys for Defendant
**RAMESH FLOWERS PRIVATE LIMITED**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY GIBSON and ALEXIS GIBSON, individually and as surviving parents and as successor-in-interest to Decedent Wyatt G. Gibson,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>WAL-MART, INC.; FLORA CLASSIQUE, INC.; MEREDITH CORPORATION; RAMESH FLOWERS PRIVATE LIMITED; DOES 1 through 20; ROE Corporations 1 through 20; and DOE Employees 1 through 20, inclusive,<br><br>　　　　Defendants. | CASE NO. 5:22-cv-00238 JWH (KKx)<br><br>Assigned for all purposes to the Honorable John W. Holcomb<br><br>**SECOND STIPULATION TO EXTEND RAMESH FLOWERS PRIVATE LIMITED'S TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Trial Date:　　　　August 19, 2024<br>Complaint Filed:　January 7, 2022<br>Complaint Served: August 26, 2023<br>Current Response Date:　Oct. 9, 2023<br>New Response Date:　　Oct. 13, 2023 |

Pursuant to Civil Local Rule 8-3, Plaintiffs WESLEY GIBSON and ALEXIS GIBSON, individually and as surviving parents and as successors-in-interest to Decedent Wyatt G. Gibson ("Plaintiffs") and Defendant RAMESH FLOWERS PRIVATE LIMITED ("Ramesh") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

2645592.1

SECOND STIPULATION TO EXTEND RAMESH'S TIME TO RESPOND TO COMPLAINT
CASE NO. 5:22-cv-00238 JWH (KKx)

WHEREAS, Plaintiffs' Complaint was filed in the Superior Court of California, County of Riverside, on or about January 7, 2022;

WHEREAS, the action was removed to the United States District Court, Central District of California, on February 7, 2022;

WHEREAS, Plaintiffs filed their Third Amended Complaint on July 11, 2023;

WHEREAS, Ramesh was first served with a summons and complaint in this action on August 26, 2023;

WHEREAS, pursuant to Rule 81(c)(2) of the Federal Rules of Civil Procedure, Ramesh's original deadline to respond to the complaint was September 18, 2023;

WHEREAS, the Parties previously stipulated (ECF No. 99) to a 21-day extension of Ramesh's deadline to respond to the complaint, making Ramesh's current deadline October 9, 2023;

WHEREAS, the Parties have agreed that Ramesh may have a further extension of time to respond to the complaint of four (4) additional days, through and including October 13, 2023;

WHEREAS, this is the second request for an extension by Ramesh, and the first extension was 21 days as noted above;

WHEREAS, by entering into this stipulation, Ramesh does not waive, and specifically preserves, any and all defenses it has available under Federal Rule of Civil Procedure Rule 12 and otherwise.

///
///
///
///
///
///

WHEREFORE, IT IS HEREBY STIPULATED, by and between the Parties, through their respective attorneys, that Ramesh may respond to the complaint on or before October 13, 2023.

DATED: October 5, 2023                TURNBULL, HOLCOMB & LEMOINE, P.C.

By:    /s/ Alan Holcomb
      M. Alan Holcomb
      Attorney for Plaintiffs

DATED: October 5, 2023                YUKEVICH | CAVANAUGH

By: _____
James J. Yukevich
Todd A. Cavanaugh
David V. Moore
Jonathan Gottlieb
Attorneys for Defendant RAMESH FLOWERS PRIVATE LIMITED

SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, David V. Moore, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: _____

2645592.1

3

SECOND STIPULATION TO EXTEND RAMESH'S TIME TO RESPOND TO COMPLAINT
CASE NO. 5:22-cv-00238 JWH (KKx)

**PROOF OF SERVICE**

**WESLEY GIBSON, et al. v. WAL-MART, INC., et al.**
**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**Case No. 5:22-cv-00238-JWH-KK**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Fifteenth Floor, Los Angeles, CA 90071-1560.

On October 5, 2023, I served true copies of the following document(s) described as **SECOND STIPULATION TO EXTEND RAMESH FLOWERS PRIVATE LIMITED'S TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** on the interested parties in this action as follows:

**SEE CM/ECF SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 5, 2023, at Los Angeles, California.

_Kimberly Bardales_
Kimberly Bardales

SECOND STIPULATION TO EXTEND RAMESH FLOWERS PRIVATE LIMITED'S TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)
PROOF OF SERVICE