JAMES J. YUKEVICH (SBN 159896)
  jyukevich@yukelaw.com
TODD A. CAVANAUGH (SBN 196098)
  tcavanaugh@yukelaw.com
DAVID V. MOORE (SBN 233613)
  dmoore@yukelaw.com
JONATHAN GOTTLIEB (SBN 339650)
  jgottlieb@yukelaw.com
YUKEVICH | CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, California 90071-1560
Telephone:  (213) 362-7777
Facsimile:   (213) 362-7788
Email:           eservice@yukelaw.com

Attorneys for Defendant RAMESH FLOWERS PRIVATE LIMITED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY GIBSON and ALEXIS GIBSON, individually and as surviving parents and as successor-in-interest to Decedent Wyatt G. Gibson,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART, INC.; FLORA CLASSIQUE, INC.; MEREDITH CORPORATION; RAMESH FLOWERS PRIVATE LIMITED; DOES 1 through 20; ROE Corporations 1 through 20; and DOE Employees 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 5:22-cv-00238 JWH (KKx)<br><br>Honorable John W. Holcomb<br><br>**DEFENDANT RAMESH FLOWERS PRIVATE LIMITED'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO RULE 12(b)(2)**<br><br>Date:  November 17, 2023<br>Time:  9:00 a.m.<br>Courtroom:  9D |

## NOTICE OF MOTION TO DISMISS

TO THE HONORABLE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on November 17, 2023, at 9:00 a.m., before the Honorable John W. Holcomb in Courtroom 9D of the United States District Court for the Central District of California, located at 411 W. 4th Street, Santa Ana, California, Defendant Ramesh Flowers Private Limited ("Ramesh") will, and hereby does, move the Court to dismiss Plaintiffs' Third Amended Complaint for lack of personal jurisdiction.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on October 6, 2023.

This motion is made pursuant to Fed. R. Civ. P. 12(b)(2) and is based on the following grounds:

(1)   There is no general jurisdiction over Ramesh because it is an Indian company with its principal place of business in India and is, therefore, not "at home" in California.

(2)   There is no specific jurisdiction over Ramesh because (i) Ramesh did not purposefully direct any alleged tortious act towards California that caused harm in California, (ii) Plaintiffs' claims do not arise out of or relate to any alleged contacts Ramesh has with California, and (iii) the exercise of personal jurisdiction over Ramesh would not be reasonable.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

This motion is based on this notice of motion and motion, the accompanying memorandum of points and authorities, the Declaration of Swaminathan N., all pleadings and papers on file in this action, and such further evidence and argument as may be presented at or before the hearing in this matter.

Dated: October 13, 2023.

Respectfully submitted,

YUKEVICH | CAVANAUGH

By: *[signature]*
James J. Yukevich
Todd A. Cavanaugh
David V. Moore
Jonathan Gottlieb
Attorneys for Defendant RAMESH FLOWERS PRIVATE LIMITED

## PROOF OF SERVICE

**WESLEY GIBSON, et al. v. WAL-MART, INC., et al.**
**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA Case No. 5:22-cv-00238-JWH-KK**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Fifteenth Floor, Los Angeles, CA 90071-1560.

On October 13, 2023, I served true copies of the following document(s) described as **DEFENDANT RAMESH FLOWERS PRIVATE LIMITED'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO RULE 12(B)(2)** on the interested parties in this action as follows:

**SEE CM/ECF SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 13, 2023, at Los Angeles, California.

*Kimberly Bardales*
Kimberly Bardales

2652623.1