**TURNBULL, HOLCOMB & LEMOINE, P.C.**
M. Alan Holcomb (Cal. Bar No. 311171)
Email: aholcomb@turnbullfirm.com
945 East Paces Ferry Road, NE, Suite 2275
Atlanta, GA 30326
Telephone: (404) 793-2566
Facsimile: (404) 348-4260
*Attorney for Plaintiffs*

JAMES J. YUKEVICH (SBN 159896)
jyukevich@yukelaw.com
TODD A. CAVANAUGH (SBN 196098)
tcavanaugh@yukelaw.com
DAVID V. MOORE (SBN 233613)
dmoore@yukelaw.com
JONATHAN GOTTLIEB (SBN 339650)
jgottlieb@yukelaw.com
**YUKEVICH | CAVANAUGH**
355 S. Grand Avenue, 15th Floor
Los Angeles, California 90071-1560
Telephone: (213) 362-7777
Facsimile: (213) 362-7788
Email: eservice@yukelaw.com
Attorneys for Defendant
**RAMESH FLOWERS PRIVATE LIMITED**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY GIBSON et al., | Case No. 5:22-cv-00238 JWH (KKx) |
| Plaintiffs, | **STIPULATION TO CONTINUE HEARING DATE AS TO DEFENDANT RAMESH FLOWERS PRIVATE LIMITED'S MOTION TO DISMISS (L.R. 7-11)** |
| v. | |
| WALMART INC. et al, | |
| Defendants. | Complaint Filed: January 7, 2022 |

-1-

|     |                                                                 |
| --- | --------------------------------------------------------------- |
|     | Current Hearing Date: Nov. 17, 2023<br>New Hearing Date: Dec. 15, 2023 |
|     | Current Opposition Date: Oct. 27, 2023<br>New Opposition Date: Nov. 24, 2023 |
|     | Current Reply Date: Nov. 3, 2023<br>New Reply Date: Dec. 1, 2023 |

Pursuant to Local Rule 7-11, Plaintiffs WESLEY GIBSON and ALEXIS GIBSON, individually and as surviving parents and as successors-in-interest to Decedent Wyatt G. Gibson ("Plaintiffs") and Defendant RAMESH FLOWERS PRIVATE LIMITED ("Ramesh") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Ramesh's Notice of Motion and Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Rule 12(b)(2) ("Motion to Dismiss") was filed in this action on October 13, 2023;

WHEREAS, the hearing on Ramesh's Motion to Dismiss is currently set for November 17, 2023;

WHEREAS, pursuant to Local Rule 7-9, Plaintiffs' current opposition deadline is October 27, 2023;

WHEREAS, pursuant to Local Rule 7-10, Ramesh's current reply deadline is November 3, 2023;

WHEREAS, pursuant to Local Rule 7-11, the Parties hereby stipulate to continue the hearing date as to Ramesh's Motion to Dismiss until December 15, 2023;

WHEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective attorneys, that the hearing on Ramesh's Motion to Dismiss is continued until December 15, 2023 at 9:00 a.m. in Courtroom 9D.

WHEREFORE, IT IS HEREBY FURTHER STIPULATED by and between the Parties, through their respective attorneys, that, pursuant to Local Rule 7-11, Plaintiffs' opposition papers are due to be filed with the Court on November 24, 2023, and Ramesh's reply papers are due to be filed with the Court on December 1, 2023.

DATED: October 20, 2023.

**TURNBULL, HOLCOMB & LEMOINE, P.C.**

*/s/ M. Alan Holcomb*
M. Alan Holcomb (Cal. Bar No. 311171)
Email: aholcomb@turnbullfirm.com
945 East Paces Ferry Road, NE, Suite 2275
Atlanta, GA 30326
Telephone: (404) 793-2566
Facsimile: (404) 348-4260
*Attorneys for Plaintiffs*

**YUKEVICH | CAVANAUGH**

*/s/ David V. Moore*
James J. Yukevich
Todd A. Cavanaugh
David V. Moore
Jonathan Gottlieb
*Attorneys for Defendant RAMESH FLOWERS PRIVATE LIMITED*

**SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, M. Alan Holcomb, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

1 | This 20th day of October, 2023.

3 | /s/ M. Alan Holcomb
4 | M. Alan Holcomb (Cal. Bar No. 311171)

# CERTIFICATE OF SERVICE

I, M. Alan Holcomb, certify and declare as follows:

1. I am over the age of 18 and not a party to this action.

2. My business address is 945 East Paces Ferry Rd NE, Atlanta, GA 30326.

3. On October 20, 2023, I electronically filed the **STIPULATION TO CONTINUE HEARING DATE AS TO DEFENDANT RAMESH FLOWERS PRIVATE LIMITED'S MOTION TO DISMISS (L.R. 7-11)** with the Clerk of the Court for the United States District Court for the Central District of California by using the Court's CM/ECF System.

4. Participants in this case who are registered CM/ECF users will be served by the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This 20th day of October, 2023.

*/s/ M. Alan Holcomb*
M. Alan Holcomb (Cal. Bar No. 311171)
