# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY GIBSON et al., <br><br> Plaintiffs, <br><br> v. <br><br> WALMART INC. et al, <br><br> Defendants. | Case No. 5:22-cv-00238 JWH (KKx) <br><br> **[PROPOSED] ORDER CONTINUING HEARING DATE AS TO DEFENDANT RAMESH FLOWERS PRIVATE LIMITED'S MOTION TO DISMISS** <br><br> Complaint Filed: January 7, 2022 <br><br> Current Hearing Date: Nov. 17, 2023 <br> New Hearing Date: Dec. 15, 2023 <br><br> Current Opposition Date: Oct. 27, 2023 <br> New Opposition Date: Nov. 24, 2023 <br><br> Current Reply Date: Nov. 3, 2023 <br> New Reply Date: Dec. 1, 2023 |

# [PROPOSED] ORDER CONTINUING HEARING DATE AS TO DEFENDANT RAMESH FLOWERS PRIVATE LIMITED'S MOTION TO DISMISS

Based on a review of the Stipulation to Continue Hearing Date as to Defendant Ramesh Flowers Private Limited's Motion to Dismiss (L.R. 7-11) ("Stipulation") filed by Plaintiffs WESLEY GIBSON and ALEXIS GIBSON, individually and as surviving parents and as successors-in-interest to Decedent Wyatt G. Gibson ("Plaintiffs") and Defendant RAMESH FLOWERS PRIVATE LIMITED ("Ramesh") (collectively, the "Parties"), sufficient good cause has been shown. The Stipulation is therefore **GRANTED**. The hearing on Ramesh's Motion to Dismiss is continued until December 15, 2023 at 9:00 a.m. in Courtroom 9D. Plaintiffs shall file their opposition papers with the Court on or before November 24, 2023. Ramesh shall file its reply papers with the Court on or before December 1, 2023.

**IT IS SO ORDERED.**

DATED:

_____
Hon. John W. Holcomb
United States District Judge