Name and address:
Max E. Rubinson
Turnbull, Holcomb, and LeMoine, PC
945 East Paces Ferry Road
Suite 2275
Atlanta, GA 30326

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

WESLEY GIBOSN; and ALEXIS GIBSON, individually and as surviving parents and success-in-interest to Decedent

Plaintiff(s)

v.

WAL-MART, INC.; FLORA CLASSIQUE, INC.; MEREDITH CORPORATION; RAMSEH FLOWERS PRIVATE LIMITED

Defendant(s).

CASE NUMBER

5:22-cv-00238 JWH (KKx)

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Rubinson, Max E.
*Applicant's Name (Last Name, First Name & Middle Initial)*

404-793-2566
*Telephone Number*

404-348-4260
*Fax Number*

mrubinson@turnbullfirm.com
*E-Mail Address*

of

Turnbull, Holcomb, and LeMoine, P.C.
945 East Paces Ferry Road NE
Suite 2275
Atlanta, GA 90326

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Wesley Gibson; and Alexis Gibson, individually and as surviving parents and successor-in-interest to Decedent Wyatt Gibson

*Name(s) of Party(ies) Represented*

☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Kiesel, Paul R.
*Designee's Name (Last Name, First Name & Middle Initial)*

119854
*Designee's Cal. Bar No.*

310-854-4444
*Telephone Number*

310-854-0812
*Fax Number*

kiesel@kiesel.law
*E-Mail Address*

of

Kiesel Law LLP
8648 Wilshire Blvd.
Beverly Hills, Ca 90211

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1