Name and address:

D. Brett Turnbull
Turnbull, Holcomb & LeMoine, PC
2101 6th Ave N., Suite 1100
Birmingham, AL 35203

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY GIBSON; and ALEXIS GIBSON, individually and as surviving parents and as successor in interest to Decedent Wyatt<br><br>Plaintiff(s),<br><br>v.<br><br>WAL-MART, INC.; FLORA CLASSIQUE, INC.; MEREDITH CORPORATION; RAMESH FLOWERS PRIVATE LIMITED;<br><br>Defendant(s), | CASE NUMBER<br><br>5:22-cv-00238 JWH (KKx)<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. ELECTRONIC SIGNATURES ARE NOT ACCEPTED. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. Out-of-state federal government attorneys are not required to pay the $500 fee. (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Turnbull, Douglas Brett
*Applicant's Name (Last Name, First Name & Middle Initial)*                                                             check here if federal government attorney ☐

Turnbull, Holcomb & LeMoine, P.C.
*Firm/Agency Name*

| | | |
|---|---|---|
| 2101 6th Ave North | 205-831-5040 | 2058486300 |
| Suite 1100 | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| Birmingham, AL 35203 | | bturnbull@turnbullfirm.com |
| *City, State, Zip Code* | | *E-mail Address* |

I have been retained to represent the following parties:

| | |
|---|---|
| Wesley Gibson | ☒ Plaintiff(s) ☐ Defendant(s) ☐ Other: _____ |
| Alexis Gibson, individually and as surviving parents et al. | ☒ Plaintiff(s) ☐ Defendant(s) ☐ Other: _____ |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Alabama State Bar | 09/30/2005 | Yes |
| Mississippi State Bar | 09/19/2019 | Yes |
| Georgia State Bar | 10/28/2019 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| CV 17-6576-DMG | Ed Ortega v. County of Los Angeles | 07/26/2019 | Granted |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 10/25/2022

D. Brett Turnbull
*Applicant's Name (please type or print)*

*D. Brett* [signature]
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Kiesel, Paul R.
*Designee's Name (Last Name, First Name & Middle Initial)*

Kiesel Law, LLP
*Firm/Agency Name*

8648 Wilshire Blvd
*Street Address*

Beverly Hills, CA 90211
*City, State, Zip Code*

310-854-4444
*Telephone Number*

310-854-0812
*Fax Number*

kiesel@kiesel.law
*Email Address*

119854
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated  11-3-23

Paul R. Kiesel
*Designee's Name (please type or print)*

*[signature: Paul R. Kiesel]*
*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Courts Admitted:
Texas State Bar 12/16/2019 - Good Standing
Northern, Middle & Southern District of Alabama 10/19/2005 - Good Standing
Supreme Court of Alabama - Good Standing
Southern District of Georgia - Good Standing
Southern District of Mississippi - Good Standing
Southern District of Illinois - Good Standing
District of New Mexico 2/21/2019 - Good Standing
Northern District of Texas - Good Standing
Western District of Texas - Good Standing
5th Circuit Court of Appeals - Good Standing



Lawyers Serving the Public and the Justice System

Mr. Douglas Brett Turnbull
Turnbull Law Firm PC
2101 6th Avenue North Suite 1100
Birmingham, AL  35203
UNITED STATES

**CURRENT STATUS:**      Active Member-Good Standing
**DATE OF ADMISSION:**   10/03/2019
**BAR NUMBER:**          421898
**TODAY'S DATE:**        10/26/2023

The prerequisites for practicing law in the State of Georgia are as follows:

- **Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.**
-  **Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.**

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**.  The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*[signature]*

**Official Representative of the State Bar of Georgia**

HEADQUARTERS
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

COASTAL GEORGIA OFFICE
18 E. Bay St.
Savannah, GA 31401-9910
912-239-9910 · 877-239-9910
Fax 912-239-9970

SOUTH GEORGIA OFFICE
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

October 25, 2023

Re: Douglas Brett Turnbull, State Bar Number 24117282

To Whom It May Concern:

This is to certify that Douglas Brett Turnbull was licensed to practice law in Texas on November 07, 2019, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

Our records reflect there are no pending grievances at this time.

No previous disciplinary sanctions have been entered against the attorney's law license.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



THE MISSISSIPPI BAR

Post Office Box 2168
Jackson, Mississippi 39225-2168
Telephone (601) 948-4471
Fax (601) 355-8635
E-Mail info@msbar.org
Website www.msbar.org

# Letter of Good Standing

TO WHOM IT MAY CONCERN:

As of the date below, the attorney named is a member in good standing of The Mississippi Bar on **Active** status.

**Douglas Brett Turnbull,** *Mississippi Bar Identification Number* **(105883)** *was admitted to practice law,* **September 19, 2019.**

_____
Amy S. Ward
Membership Records Coordinator

Date   10/25/2023



# Alabama State Bar



415 DEXTER AVENUE
POST OFFICE BOX 671
MONTGOMERY, AL 36101

**CERTIFICATE OF GOOD STANDING**

Occupational License

*STATE OF ALABAMA*
*COUNTY OF MONTGOMERY*

I, Terri B. Lovell, Secretary of the Alabama State Bar and custodian of its records, hereby certify Douglas Brett Turnbull has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

I further certify that Douglas Brett Turnbull was admitted to the Alabama State Bar on September 30, 2005.

I further certify that said Douglas Brett Turnbull is presently a member in good standing of the Alabama State Bar, having met all licensing requirements for the year ending September 30, 2024.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the State of Alabama on October 25, 2023.

Terri B. Lovell, Secretary

