Name and address:
D. Brett Turnbull
Turnbull, Holcomb, and LeMoine, PC
2101 6th Ave North
Suite 1100
Birmingham, AL 35203

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY GIBOSN; and ALEXIS GIBSON, individually and as surviving parents and success-in-interest to Decedent<br><br>Plaintiff(s)<br>v.<br>WAL-MART, INC.; FLORA CLASSIQUE, INC.; MEREDITH CORPORATION; RAMSEH FLOWERS PRIVATE LIMITED<br><br>Defendant(s). | CASE NUMBER<br><br>5:22-cv-00238 JWH (KKx)<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Turnbull, Douglas Brett                    of    Turnbull, Holcomb, and LeMoine, P.C.
*Applicant's Name (Last Name, First Name & Middle Initial)*       2101 6th Ave North
205-831-5040      205-848-6300                                     Suite 1100
*Telephone Number*   *Fax Number*                                  Birmingham, AL 35203
bturnbull@turnbullfirm.com
*E-Mail Address*                                                   *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Wesley Gibson; and Alexis Gibson, individually and as surviving parents and successor-in-interest to Decedent Wyatt Gibson

*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Kiesel, Paul R.                            of    Kiesel Law LLP
*Designee's Name (Last Name, First Name & Middle Initial)*        8648 Wilshire Blvd.
119854      310-854-4444      310-854-0812                        Beverly Hills, Ca 90211
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
kiesel@kiesel.law
*E-Mail Address*                                                   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
          ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
          ☐ for failure to complete Application: _____
          ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
          ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
          ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**  ☐ be refunded  ☐ not be refunded

Dated _____                            _____
                                                         U.S. District Judge/U.S. Magistrate Judge