SCOTT A. ELDER (admitted *pro hac vice*)
SARAH N. O'DONOHUE (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Phone: 404-881-7000
Fax: 404-881-7777
scott.elder@alston.com
sarah.odonohue@alston.com

MEGHAN M. MCBERRY (SBN 334464)
**ALSTON & BIRD LLP**
55 Second Street, Suite 2100
San Francisco, CA 94105
Phone: 415-243-1000
Fax: 415-243-1001
meghan.mcberry@alston.com

BROOKE H. BOLENDER (SBN 340689)
**ALSTON & BIRD LLP**
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Phone: 213-576-1000
Fax: 213-576-1100
brooke.bolender@alston.com

Attorneys for Defendants
**WALMART INC. and**
**MEREDITH OPERATIONS CORPORATION**

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WESLEY GIBSON, as Administrator of the Estate of Alexis Gibson, Deceased, and Successor Administrator of the Estate of Wyatt Gibson, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., et al.,<br><br>Defendants. | Case No. 5:22-cv-00238-JWH (DTBx)<br><br>[Assigned for all purposes to the Honorable John W. Holcomb]<br><br>**NOTICE OF SETTLEMENT**<br><br>Department: 9D<br><br>Complaint Filed: January 7, 2022<br>Trial Date: None Set |

Plaintiff and Defendants Walmart Inc. ("Walmart") and Meredith Operations Corporation ("Meredith") engaged in a private mediation with Victor Faenza in person on November 10, 2025. Plaintiff's claims against Walmart and Meredith were resolved in their entirety. Walmart and Meredith hereby withdraw their Oppositions to the pending Motions for Determination of Good Faith Settlement filed by Defendants Ramesh Flowers Private Limited (ECF 183), Flora Classique, Inc. (ECF 184), and Gala North America, Inc. (Case No. 5:24-cv-00870, ECF 167) as moot. The parties request a stay of all deadlines pending the completion of their settlement agreement and dismissal of the case.

Dated: November 14, 2025 **ALSTON & BIRD LLP**

*/s/ Mehgan M. McBerry*
Scott A. Elder
Sarah N. O'Donohue
Meghan M. McBerry
Brooke H. Bolender

Attorneys for Defendants
**WALMART INC. and MEREDITH OPERATIONS CORPORATION**

Dated: November 14, 2025 **TURNBULL, MOAK & PENDERGRASS P.C.**

*/s/ Andrew J. Moak*
Andrew J. Moak
D. Brett Turnbull
Henry Ben Brown, III

Attorneys for Plaintiff
**WESLEY GIBSON, as Administrator of the Estate of Alexis Gibson, Deceased, and Successor Administrator of the Estate of Wyatt Gibson, Deceased**

Dated: November 14, 2025 **KIESEL LAW LLP**

*/s/ Paul R. Kiesel*
Paul R. Kiesel

Attorneys for Plaintiff
**WESLEY GIBSON, as Administrator of the Estate of Alexis Gibson, Deceased, and Successor Administrator of the Estate of Wyatt Gibson, Deceased**